**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

AMY TOOKE,                                      :
                                                :
    Petitioner,                                 :
                                                :
    v.                                          :        CASE NO.: 7:26-CV-38 (WLS-ALS)
                                                :
WARDEN, IRWIN COUNTY                            :
DETENTION CENTER, *et al.*,                     :
                                                :
    Respondents.                                :
                                                :

## ORDER

Before the Court is a Recommendation (Doc. 12) from United States Magistrate Judge Alfreda L. Sheppard. In it, Judge Sheppard recommends that Petitioner's Application for Habeas Corpus (Doc. 1) be dismissed for failure to comply with the Court's orders and instructions. (*Id.*)

The Recommendation, filed on May 19, 2026, gave Tooke 14 days to object but she did not. Therefore, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Sheppard's Recommendation. The Recommendation (Doc. 12) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Application for Habeas Corpus (Doc. 1) is **DISMISSED**, without prejudice.

**SO ORDERED**, this 6th day of July 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**

1