IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

AMY TOOKE,                                          *

             Petitioner,                          *

v.                                                 Case No.  7:26-cv-38 (WLS-ALS)

                                                          *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                                    *

             Respondents.                        *
_____

## J U D G M E N T

Pursuant to this Court's Order dated 7/6/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of July, 2026.

                                    David W. Bunt, Clerk

                                    s/ Katie Logsdon, Deputy Clerk